# EXHIBIT 2

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

October 23, 2006

Long Beach Mortgage Company
100 Walnut Ave., Floor 6
Clark, NJ 07066

Re: **Notice of Rescission by Laura Mastracchio of 349 James Trail, Richmond, RI 02892; Loan Number: 6689319-0; Closing Date: 3/10/2006**

To Whom It May Concern:

I represent Laura A. Mastracchio concerning the mortgage loan transaction she entered into with Long Beach Mortgage Company on March 10, 2006. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Mastracchio was provided incomplete and therefore, defective notice of right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Long Beach Mortgage Company on the Mastracchio's property located at 349 James Trail, Richmond, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Laura A. Mastracchio
By her Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Laura A. Mastracchio