# EXHIBIT 4

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

June 2, 2006

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Long Beach Mortgage Company
100 Walnut Ave. Flr 6
Clark, NJ 07066

Re: **Notice of Rescission by Arletta Kalogeras and Charles Kalogeras, 12 Corys Ct., Portsmouth, RI 02871, Loan Number: 6476801-7923, Closing Date: 05-23-05 .**

To Whom It May Concern:

I represent Arletta Kalogeras and Charles Kalogeras concerning the loan transaction they entered into with Long Beach Mortgage Company on May 23, 2005. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635, Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Kalogeras were provided incomplete and therefore inaccurate notices of their right to cancel, in violation of 15 U.S.C. Section 1635(a), Regulation Z, Section 226.17, Section 226.23.

The security interest held by Long Beach Mortgage Company on the Kalogeras' property located at 12 Corys Ct., Portsmouth, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Arletta and Charles Kalogeras
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

cc: Arletta Kalogeras and Charles Kalogeras