# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LAURA MASTRACCIO; ARLETTA AND CHARLES KALOGERAS,<br>Plaintiffs<br><br>v.<br><br>WASHINGTON MUTUAL BANK,<br>Defendant | C.A. No. 07-162S |

**ASSENTED-TO MOTION OF DEFENDANT WASHINGTON MUTUAL BANK, AS SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY, FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT**

Now comes Washington Mutual Bank, as successor in interest to Long Beach Mortgage Company ("WaMu"), and, pursuant to Fed. R. Civ. P. 14(a), hereby moves this Court for leave to file and serve a Third-Party Complaint in the form attached as Exhibit A. Specifically, the Third-Party Complaint is to be served upon Paul T. Dicristofaro, Esq., P.C., d/b/a Dicristofaro Law Offices, Paul T. Dicristofaro, Esq., Liberty Title & Escrow Company, Inc. and Gary D. Marinosci, Esq. In support of its Motion for Leave to serve the Third-Party Complaint, WaMu submits the accompanying Memorandum of Law.

WASHINGTON MUTUAL BANK, AS SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Thomas J. Enright
Thomas J. Enright (#7356)
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1900
(401) 681-1910 FAX

DATED: February 5, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON FEBRUARY 5, 2008 A COPY OF THE FOREGOING MOTION TO FILE A THIRD-PARTY COMPLAINT OF DEFENDANT WASHINGTON MUTUAL BANK, AS SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY WAS FILED ELECTRONICALLY. ACCORDINGLY, IT IS AVAILABLE FOR VIEWING AND DOWNLOAD FROM THE ECF SYSTEM BY COUNSEL OF RECORD.

Christopher Lefebvre, Esq.
Claude Lefebvre & Sons
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02860
lefeblaw@aol.com

/s/Thomas J. Enright