**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LAURA MASTRACCIO,**
**ARLETTA AND CHARLES KALOGERAS,**
**Plaintiffs**

**v.**

**WASHINGTON MUTUAL BANK,**
**AS SUCCESSOR IN INTEREST TO**
**LONG BEACH MORTGAGE COMPANY,**
**Defendant/Third-Party Plaintiff**

**C.A. No.: 07-162S**

**v.**

**LIBERTY TITLE & ESCROW COMPANY,**
**PAUL T. DICRISTOFARO, ESQ., PC, d/b/a**
**DICRISTOFARO LAW OFFICES**

**ENTRY OF APPEARANCE**

Mark T. Nugent, Esquire hereby enters his appearance on behalf of defendant Paul T. DiCristofaro, Esq., PC, d/b/a DiCristofaro Law Offices in the above-entitled matter.

/s/Mark T. Nugent
Mark T. Nugent #2637
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141

**CERTIFICATION OF SERVICE**

I hereby certify that on this 24th day of March, 2008, a true copy was electronically emailed by the USDC to the following:

Thomas J. Enright, Esquire
Partridge Snow & Hahn, LLP
2364 Post Road, Suite 100
Warwick, RI 02886

/s/ Mark T. Nugent