AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PLAINTIFF

LAURA MASTRACCIO, ET AL.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

WASHINGTON MUTUAL BANK, SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY

V. THIRD PARTY DEFENDANT

LIBERTY TITLE & ESCROW COMPANY, ET AL.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-162S

To: Name and address of Third Party Defendant

LIBERTY TITLE & ESCROW COMPANY
1575 South County Trail
East Greenwich, RI 02818

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre, Esq.
Law Office of Claude Lefebvre & Sons
2 Dexter Street
Pawtucket, RI 02860

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Enright, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

an answer to the third-party complaint which is herewith served upon you within ____ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

(By) DEPUTY CLERK [signature] Joan Baldinelli

DATE 3/5/08

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-10-08 |
| NAME OF SERVER Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/10/08
Date

Signature of Server [signature]

87 Grand View Rd, East Greenwich, RI 02818
*Address of Server*

X Linda [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.