**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LAURA MASTRACCIO,**
**ARLETTA AND CHARLES KALOGERAS,**
**Plaintiffs**

**v.**

**WASHINGTON MUTUAL BANK,**
**AS SUCCESSOR IN INTEREST TO**
**LONG BEACH MORTGAGE COMPANY,**
**Defendant/Third-Party Plaintiff**

**C.A. No.: 07-162S**

**v.**

**LIBERTY TITLE & ESCROW COMPANY,**
**PAUL T. DICRISTOFARO, ESQ., PC, d/b/a**
**DICRISTOFARO LAW OFFICES**

**LATE ENTRY STIPULATION**

Defendant, Paul T. DiCristofaro, Esq., PC, d/b/a DiCristofaro Law Offices, shall have until and including **April 25, 2008,** to respond to plaintiff's third-party complaint.

/s/ Thomas J. Enright
Thomas J. Enright, #7356
Partridge Snow & Hahn, LLP
2364 Post Road, Suite 100
Warwick, RI 02886
Counsel for Defendant/Third-Party Plaintiff

/s/ Mark T. Nugent
Mark T. Nugent #2637
Morrison Mahoney LLP
121 South Main Street
Providence, RI 02903-7141
Counsel for Defendant,
Paul T. DiCristofaro, Esq., PC
d/b/a DiCristofaro Law Offices

Dated: 4/1/08