# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LAURA MASTRACCIO; ARLETTA AND CHARLES KALOGERAS,<br>Plaintiffs<br><br>v.<br><br>WASHINGTON MUTUAL BANK, AS SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY<br>Defendant/Third Party Plaintiff<br><br>v.<br><br>LIBERTY TITLE & ESCROW COMPANY; PAUL T. DICRISTOFARO, ESQ., PC, D/B/A DICRISTOFARO LAW OFFICES | C.A. No. 07-162S |

**ASSENTED-TO MOTION TO EXTEND THE PRE-TRIAL ORDER DEADLINES**

Now comes Defendant, Third-Party Plaintiff, Washington Mutual Bank, as successor in interest to Long Beach Mortgage Company ("WaMu"), and hereby respectfully moves to Extend the Pre-trial Order Deadlines. This motion has been assented-to by counsel for Plaintiff and all Third Party Defendants. As grounds for this motion, WaMu states as follows:

1. Plaintiff commenced this action on May 7, 2007. Plaintiff has brought a Truth in Lending Act action seeking rescission and damages.

2. On August 20, 2007, WaMu filed its answer to the complaint.

3. On October 1, 2007, the Plaintiff and WaMu appeared before this Court for a Rule 16 conference. At said conference procedural deadlines were set. WaMu was considering filing a third party complaint and anticipated the need to extend the deadlines should it is fact so file.

4. This Court scheduled a settlement conference with Magistrate Judge Lovegreen for December 5, 2007. Said conference was rescheduled to January 17, 2008.

5. Between the Rule 16 conference and the settlement conference, the undersigned engaged in negotiations with potential third party defendants to avoid the filing of a third party complaint and to facilitate a quick resolution of this matter.

6. At the January 17, 2008 settlement conference, WaMu discussed its intention to file a third party complaint as an agreement with the potential third party defendants could not be reached.

7. At the January 17, 2008 settlement conference, Magistrate Judge Lovegreen directed WaMu to notify him when WaMu received answers to its third party complaint so that arrangements could be made to conduct a second settlement conference with WaMu and the third party defendants.

8. On February 5, 2008, WaMu filed an Assented-to Motion for Leave to File a Third Party Complaint which was granted by this Court on February 8, 2008.

9. On February 20, 2008, WaMu filed its third party complaint against the third party defendants.

10. On April 24, 2008 and May 5, 2008, answers to the third party complaint were filed.

11. This Court has now scheduled a second settlement conference in front of Magistrate Judge Lovegreen for May 21, 2008.

12. The deadlines to complete discovery, file dispositive motions and pre-trial memoranda has since passed, and a calendar call has been scheduled for May 20, 2008 with jury empanelment set for June 3, 2008.

13. The parties are now beginning to engage in discovery but agree an additional period of time is needed to complete discovery.

14. All parties in this case have assented to this motion and, as such, the Court's allowance of this motion will not cause any party undue prejudice, delay, or expense.

15. This is the first such request for an extension of the discovery deadlines set forth in the Pre-trial Order.

16. The schedules of counsel and time necessary to complete written discovery and depositions require additional time to complete discovery.

17. WaMu expressed to Plaintiffs' counsel and this Court its intention to file a third party complaint should settlement negotiations stall.

18. The parties respectfully request that this Court grant an extension of all deadlines set forth in the Pre-Trial Order such that: discovery will close and dispositive motions will be due 90 days from the date of the order granting this Motion; any pre-trial memoranda will be due 30 days from the decision on any such dispositive motion or if no dispositive motion is filed, 120 days from the date of the order granting this motion.

WHEREFORE, WaMu respectfully requests, and all parties assent to the relief requested, that this Honorable Court allow its Motion to Extend the Pre-trial Order Deadlines.

WASHINGTON MUTUAL BANK, AS SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/S/ THOMAS J. ENRIGHT

Thomas J. Enright (BBO# 664564)
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1914
(401) 681-1910 FAX

DATED: May 8, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2008, electronically filed an Assented-To Motion to Extend. I further hereby certify that upon receipt of the notice of electronic service of the Motion, a copy of said document will be served by first class mail, postage prepaid, to any of the parties listed below not noted as having received electronic service, said service being made on the 9th day of May, 2008.

Christopher M. Lefebvre, Esquire
P.O. Box 479
Pawtucket, RI 02862

Mark T. Nugent, Esquire
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, RI 02903

/s/ Thomas J. Enright



983520_1/2678-109