**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LAURA MASTRACCIO; ARLETTA AND CHARLES KALOGERAS,** *Plaintiffs* | : | |
| **vs.** | : | **C.A. No.: 07-162S** |
| **WASHINGTON MUTUAL BANK, AS SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY,** *Defendant/Third-Party Plaintiff* | : | |
| **vs.** | : | |
| **LIBERTY TITLE & ESCROW COMPANY; PAUL T. DICRISTOFARO, ESQ., PC, D/B/A DICRISTOFARO LAW OFFICES,** **Third-Party Defendants.** | : | |

**ENTRY OF APPEARANCE**

Thomas M. Robinson, Esquire, hereby enters his appearance on behalf of third-party defendant Paul T. DiCristofaro, Esq., PC, d/b/a DiCristofaro Law Offices in the above-entitled matter.

/s/ Thomas M. Robinson

Thomas M. Robinson #6193
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141
Tel. (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 13th day of May, 2008 a true copy of the foregoing was electronically filed and is available for viewing and downloading from the ECF system.

Christopher M. Lefebvre, Esq.
Law Office of Claude Lefebvre & Sons
2 Dexter Street
Pawtucket, RI 02860

Thomas J. Enright, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

/s/ Thomas M. Robinson