**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**September 16, 2008 Calendar Call**

## CRIMINAL CASES

| | |
|---|---|
| CR07-138-01S-DLM | USA v. Souvanh Keosouvanh<br>Conspiracy to Possess with Intent to Deliver |
| CR08-26-01S-DLM | USA v. William Cruz<br>Felon in Possession of a Firearm |
| CR08-28-01S-DLM | USA v. Juan Quezada-Ortega<br>Illegal Re-Entry |
| CR08-34-02-LDA | USA v. Roberto Valerio<br>Conspiracy to Commit Credit Card Fraud |
| CR08-62-01-DLM | USA v. Ronald L. Wilson<br>Possession With Intent Distribute Cocaine Base |

## CIVIL CASES

| | |
|---|---|
| CA06-53S-LDA | Jack Foley et al v. Steven Loeb, et al<br>Tort/Marine |
| CA07-162-LDA | Laura Mastraccio, et al v. Long Beach Mortgage<br>Truth in Lending |
| CA07-211-DLM | United States of America v. Keith Beauchamp<br>Taxes |
| CA07-291-DLM | Rodney D. Driver v. Town of Richmond, et al<br>Civil Rights |
| CA07-340-DLM | Carylon Cooper v. Head Start Board of Directors, Inc<br>Job Discrimination |
| CA07-374-DLM | Irene Dionne v. Bank of America, et al<br>Civil Rights |
| CA07-382-DLM | Nestor Castano v. Washington Mutual Bank, FA<br>Truth in Lending |

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on October 7, 2008 to be tried in the order listed. The calendar will be called on **September 16, 2008** at 9:00 a.m. Juries will be empaneled on October 7, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: September 5, 2008

**Please notify Clerk's Office if any counsel of record have not been notified.**