PARTRIDGE SNOW & HAHN LLP
COUNSELORS AT LAW

# MOTION TO WITHDRAW

# MOTION TO EXTEND TIME FOR PRETRIAL CONFERENCE DEADLINES

Date: September 11, 2008
Time:

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

| | |
|---|---|
| **U.S. DISTRICT COURT, DISTRICT OF RI** | |
| | |

| | |
|---|---|
| **FROM:** | Jennifer A. Watts |
| **RE:** | Mastracchio & Kalogeras v. Washington Mutual Bank, 07-162S |
| | |

Original Will Not Be Sent

The document(s) accompanying this fax transmission contain information from the law firm of Partridge Snow & Hahn LLP which is/are confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited. In this regard, if you have received this fax in error, please notify us immediately by telephone at (401) 861-8200 and please destroy all copies of the documents faxed herewith.

2364 Post Road, Suite 100 · Warwick RI 02886 · 401 681-1900 · Fax 401 681-1910 · www.psh.com

PROVIDENCE SOUTHCOAST WARWICK BOSTON

*FROM THE OFFICE OF THE*

**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

**VIA FACSIMILE ONLY**

September 11, 2008

Honorable William E. Smith
United States Federal Court House
1 Exchange Terrace
Providence, RI 02903

**RE: Mastracchio & Kalogeras v. Washington Mutual Bank 07-162S**

Dear Judge Smith:

I am writing on behalf of all counsel of record. I am happy to report that the above referenced matter has been settled. Accordingly, I am requesting that the conference scheduled for this afternoon be cancelled and that the matter be removed from the upcoming trial calendar call. We expect to have a Stipulation dismissing both Plaintiffs' Complaint and all Third Party Complaints filed with the Court within the next thirty (30) days.

Very truly yours,

Christopher M. Lefebvre
CML:sc

cc: Thomas J. Enright, Esq. (Via Facsimile)
Mark T. Nugent, Esq. (Via Facsimile)
Thomas Robinson, Esq. (Via Facsimile)
Christopher J. Zangari, Esq. (Via Facsimile)

*TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534*